27 A.3d 983

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Michael DRAWBAUGH, Petitioner.**

Supreme Court of Pennsylvania.

June 29, 2011.

*ORDER*

PER CURIAM.

**AND NOW,** this 29th day of June, 2011, the Application for Appointment of Counsel and the Petition for Allowance of Appeal are hereby **DENIED.**

27 A.3d 983

**Lawrence BELSER, Petitioner**

v.

**Mike WENEROWICZ, Respondent.**

**No. 10 EM 2011.**

Supreme Court of Pennsylvania.

Aug. 4, 2011.

*ORDER*

PER CURIAM.

**AND NOW,** this 4th day of August, 2011, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**